UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America,
 (Rural Development)
     Plaintiff,
        V.                              CASE NUMBER: 98-1511 (HL)
Axel Stronza Santana, et al.,
     Defendants.

| MOTION |
|---|

Date Filed: 5/4/00     Docket # 15     [x] Plffs  [] Defts
Title: Notice in Compliance with Local Rule 706
Opp'n Filed:     Docket #

| ORDER |
|---|

Leave is hereby granted to continue with the execution of judgment. The Clerk of the Court shall issue a new writ of execution of judgment.

Date 5/12/00       HECTOR M. LAFFITTE
                   Chief U.S. District Judge