UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America,
(Rural Development)
    Plaintiff,
       V.
Axel Stonza Santana, et al.,
    Defendants.

CASE NUMBER: 98-1511 (HL)

## MOTION

Date Filed: 9/12/00   Docket # 18   [x] Plffs [] Defts
Title: Motion to Set Aside Scheduled Sale
Opp'n Filed:   Docket #

## ORDER

The judicial sale scheduled in this case is hereby set aside. The Clerk of the Court shall notify the U.S. Marshal of this order.

Date 9/13/00

HECTOR M. LAFFITTE
Chief U.S. District Judge