UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America
v.
Axel Stronza Santana, et al.

CASE NUMBER: 98-1511 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed**: 10/02/02    **Docket #** 23<br>[X] **Plffs**  [] **Defts**  [ ] **Other**<br>**Title:** Motion requesting writ of execution | Granted. The Court of the Clerk shall issue the new writ. |

Date 10/10/02

HECTOR M. LAFFITTE
Chief U.S. District Judge